Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RESHA DELORES OSTER

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RESHA DELORES OSTER,<br><br>               Plaintiff,<br><br>     v.<br><br>P.T.S. CAPITAL, INC., D/B/A ASSET RECOVERY SOLUTIONS, a Nevada corporation; and JAMES SPENCER CHALMERS, A/K/A AGENT WALTON, individually and in his official capacity,<br><br>               Defendants. | Case No. 5:12-CV-04135-PSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, RESHA DELORES OSTER, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, RESHA DELORES OSTER, hereby dismisses, without prejudice, all claims made by her in the Complaint filed herein on August 6, 2012.

Dated:  September 6, 2012               /s/ Fred W. Schwinn                  
                                                                Fred W. Schwinn, Esq.
                                                                Attorney for Plaintiff
                                                                RESHA DELORES OSTER